| | | |
|---|---|---|
| Estado Libre Asociado de Puerto Rico<br>TRIBUNAL DE APELACIONES<br>PANEL II | | |
| BANCO POPULAR DE PUERTO RICO<br><br>Demandante<br><br>v.<br><br>SUCESIÓN DE MANUEL GUZMÁN VILLALONA, compuesta por CHRISNELIA GUZMÁN CRUZ Y OTROS<br><br>Recurridos<br><br>**ORIENTAL BANK**<br><br>Peticionario-Interventor | KLCE202500283 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Carolina<br><br>Caso Núm.:<br>CA2024CV00520<br><br>Sobre:<br>Cobro de Dinero – Ordinario Ejecución de Hipoteca: Propiedad Residencial |

Panel integrado por su presidente, el Juez Bermúdez Torres, la Jueza Martínez Cordero y el Juez Cruz Hiraldo.

*Martínez Cordero, jueza ponente*

### RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de marzo de 2025.

Luego de haber examinado la petición de *Certiorari,* así como la *Moción en Auxilio de Jurisdicción y Solicitud De Paralización de Procedimientos en el Tribunal de Primera Instancia,* presentadas ambas, el 21 de marzo de 2025, por Oriental Bank, y a la luz del derecho aplicable, este Tribunal deniega la expedición del auto de *certiorari* y, en consecuencia, declaramos *No Ha Lugar* la solicitud de auxilio de jurisdicción.[1]

En consideración a lo anterior, y conforme a la Regla 7(B)(5) del Reglamento del Tribunal de Apelaciones,[2] la cual concede a esta Curia la facultad para prescindir de términos no jurisdiccionales, escritos, notificaciones o procedimientos específicos en cualquier

---

[1] Regla 52.1 de Procedimiento Civil de 2009, 32 LPRA Ap. V; la Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B.
[2] 4 LPRA Ap. XXII-B, R.7 (B)(5).

Número Identificador

RES2025_____

caso ante su consideración, con el propósito de lograr su más justo y eficiente despacho, eximimos a la parte recurrida de presentar escrito en oposición al recurso de *Certiorari* ante nos.

**Notifíquese inmediatamente.**

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones